William Ayers MADDOX, Appellant,

v.

The STATE of Texas, Appellee.

No. 0397–86.

Court of Criminal Appeals of Texas,
En Banc.

Jan. 6, 1988.

Appeal from County Court at Law, Fort Bend County; Thomas R. Culver, III, Judge.

Prior report: Tex.App., 705 S.W.2d 739.

Before the Court en banc.

On appellant's petition for discretionary review: petition dismissed; cause remanded to the Court of Appeals with instructions to abate appeal.